1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   KENNY GEORGE STURGES
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO

10                          * * * * *

11
                                    ) Case No.: CR-F-05-0475 OWW
12 UNITED STATES OF AMERICA,        )
                                    ) STIPULATION FOR CONTINUANCE OF
13         Plaintiff,                ) SURRENDER DATE AND ORDER THEREIN
                                    )
14     vs.                           )
                                    )
15 KENNY GEORGE STURGES,            )
                                    )
16         Defendant.                )

17

18 / / /

19 / / /

20 / / /

21

22

23

24

25

26

27

28

                              Page 1

                                        Stipulation to Continue
                                        Case No. 05-0475 OWW

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED between the Defendant, KENNY GEORGE STURGES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sherrill A. Carvalho, that Mr. Sturges' surrender date of March 16, 2007 be continued to May 4, 2007.

Respectfully submitted,

Dated:  March 8, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
KENNY GEORGE STURGES

Dated:  March 8, 2007

/s/ Sherrill A. Carvalho
Sherrill A. Carvalho,
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, Mr. Sturges' surrender date of March 16, 2007 shall be continued to May 4, 2007.

Dated:  March 8, 2007

/s/ Oliver W. Wanger

Honorable Oliver W. Wanger,
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com