1  ANTHONY P. CAPOZZI, CSBN 068525
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   KENNY GEORGE STURGES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO

10                          * * * * *

11

12 UNITED STATES OF AMERICA,        ) Case No.: CR-F-05-0475 OWW
                                    )
13         Plaintiff,                ) STIPULATION FOR CONTINUANCE OF
                                    ) SURRENDER DATE AND ORDER
14     vs.                           ) THEREIN
                                    )
15 KENNY GEORGE STURGES,            )
                                    )
16         Defendant.                )

17

18 ///

19 ///

20 ///

21

22

23

24

25

26

27

28

                              Page 1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED between the Defendant, KENNY GEORGE STURGES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sherrill A. Carvalho, that Mr. Sturges' surrender date of May 4, 2007 be continued to June 18, 2007.

Respectfully submitted,

Dated: May 3, 2007

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
KENNY GEORGE STURGES

Dated: May 3, 2007

    /s/ Sherrill A. Carvalho
Sherrill A. Carvalho,
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED. Good cause having been shown, Mr. Sturges' surrender date of May 4, 2007 shall be continued to June 18, 2007.

Dated: May 3, 2007

/s/ Oliver W. Wanger
Honorable Oliver W. Wanger,
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com