ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
KENNY GEORGE STURGES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-05-0475 OWW |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF SURRENDER DATE AND ORDER THEREIN |
| vs. | |
| KENNY GEORGE STURGES, | |
| Defendant. | |

///

///

///

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED between the Defendant, KENNY GEORGE STURGES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sherrill A. Carvalho, that Mr. Sturges' surrender date of June 18, 2007 be continued to July 23, 2007.

Respectfully submitted,

Dated: June 15, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
KENNY GEORGE STURGES

Dated: June 15, 2007

/s/ Sherrill A. Carvalho
Sherrill A. Carvalho,
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, Mr. Sturges' surrender date of June 18, 2007 shall be continued to July 23, 2007.

Dated: June 15, 2007

/s/ Oliver W. Wanger
Honorable Oliver W. Wanger,
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com