1  ANTHONY P. CAPOZZI, CSBN 068525
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   KENNY GEORGE STURGES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-05-0475 OWW |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF SURRENDER DATE AND ORDER THEREIN |
| vs. | |
| KENNY GEORGE STURGES, | |
| Defendant. | |

///

///

///

Page 1

Stipulation to Continue
Case No. 05-0475 OWW

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED between the Defendant, KENNY GEORGE STURGES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sherrill A. Carvalho, that Mr. Sturges' surrender date of July 23, 2007 be continued to August 27, 2007.

Respectfully submitted,

Dated: July 17, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
KENNY GEORGE STURGES

Dated: July 17, 2007

/s/ Sherrill A. Carvalho
Sherrill A. Carvalho,
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED. Good cause having been shown, Mr. Sturges' surrender date of July 23, 2007 shall be continued to August 27, 2007.

Dated: July 20, 2007

/s/ Oliver W. Wanger
Honorable Oliver W. Wanger,
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com