ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
KENNY GEORGE STURGES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br>KENNY GEORGE STURGES,<br><br>　　　　Defendant. | Case No.: CR-F-05-0475 OWW<br><br>PROPOSED ORDER |

## **ORDER**

　　　IT IS SO ORDERED.  Good cause having been shown, the Defendant's surrender date shall be continued from September 14, 2007 to October 15, 2007.

Dated:  September 14_, 2007

　　　　　　　　　　　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　Honorable Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com