**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

RE:   **Kenny George STURGES**
     **Docket Number:   1:05CR00475-01**
     **PERMISSION TO TRAVEL**
     **OUTSIDE THE CONTIGUOUS UNITED STATES**

Your Honor:

The offender is requesting permission to travel to Oahu, Hawaii.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 29, 2007, Kenny Sturges was sentenced for the offense(s) of 18 USC 1344 and 2 - Bank Fraud and Aiding and Abetting.

**Sentence imposed:**  Credit for time served; 3 years supervised release; $300 special assessment; and $5,000 restitution.  **Special Conditions include:** Search; Not dispose of or dissipate any assets until restitution is paid in full; Financial disclosure; Financial restrictions; Mental health treatment; Reside in and participate in a residential community corrections center for period of 120 days; and Aftercare copayment.

**Dates and Mode of Travel:**  Open.

**Purpose:**  The offender's 82-year-old mother lives in Oahu, Hawaii, and is suffering from numerous physical maladies, including gangrene from diabetes and the shutting down of her kidneys.  It appears her condition is terminal, but it is not known at this time how long she has to live.  The probation officer is respectfully requesting the Court approve the offender's travel request, so that he be allowed to travel to Hawaii when it becomes necessary.

Respectfully Submitted,
/s/ Casey Horner, Sr.
**CASEY HORNER, SR.**
**Senior United States Probation Officer**

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

**RE:   Kenny George STURGES**
**Docket Number:   1:05CR00475-001**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**DATED:**      March 10, 2008
                Modesto, California
                CKH:lr

**REVIEWED BY:**      /s/ Casey Horner, Sr. for
                **DEBORAH A. SPENCER**
                **Supervising United States Probation Officer**

**ORDER OF THE COURT:**

Approved _____X_____                Disapproved _____

IT IS SO ORDERED.

**Dated:   March 10, 2008**                    /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG